# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1189
L.T. Case No. 2000307897

_____

ANTHONY GEORGE SAITTA,

>   Appellant,

>   v.

DEPARTMENT OF REVENUE and
TRACI ELIZABETH SIEGEL,

>   Appellees.

_____

Administrative Appeal from the Department of Revenue.

Anthony George Saitta, Cocoa, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellee, Department of Revenue.

No Appearance for Appellee, Traci Elizabeth Siegel.

September 24, 2024

PER CURIAM.

>   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, HARRIS, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————